AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## UNITED STATES DISTRICT COURT
### for the

Eastern District of Kentucky

**FILED**

OCT 7 6 2020

AT PIKEVILLE
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

_JASON SMITH_
_____
Petitioner

v.

_UNITED STATES of AMERICA_
_____
Respondent
*(name of warden or authorized person having custody of petitioner)*

Case No. _7:20-cv-133-WOB_
*(Supplied by Clerk of Court)*

### PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1.  (a) Your full name: _JASON SMITH_
    (b) Other names you have used: _____

2.  Place of confinement:
    (a) Name of institution: _BIG SANDY UNITED STATES PENITENTIARY_
    (b) Address: _P.O. BOX 2068_
    _INEZ, KY. 41224_
    (c) Your identification number: _____

3.  Are you currently being held on orders by:
    ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:

4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
    (a) Name and location of court that sentenced you: _U.S. DISTRICT COURT_
    _FOR THE DISTRICT of GEORGIA; ATLANTA DIVISION_
    (b) Docket number of criminal case: _1:13-CR-00136-TWT_
    (c) Date of sentencing: _____
    ☐ Being held on an immigration charge
    ☐ Other *(explain)*: _____

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

❏ Pretrial detention

❏ Immigration detention

❏ Detainer

❏ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

❏ Disciplinary proceedings

❏ Other *(explain)*: _____

_____

6.  Provide more information about the decision or action you are challenging:

    (a) Name and location of the agency or court: THE NORTHERN DISTRICT of GEORGIA ATLANTA DIVISION

    (b) Docket number, case number, or opinion number: 1:13-CR-00136-TWT

    (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: CAREER OFFENDER GUIDELINE CALCULATIONS

    _____

    (d) Date of the decision or action: JAN. 31, 2014

### Your Earlier Challenges of the Decision or Action

7.  **First appeal**

    Did you appeal the decision, file a grievance, or seek an administrative remedy?

    ❏ Yes          ❏ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        _____

        (2) Date of filing: _____

        (3) Docket number, case number, or opinion number: _____

        (4) Result: _____

        (5) Date of result: _____

        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not appeal: _____

    _____

8.  **Second appeal**

    After the first appeal, did you file a second appeal to a higher authority, agency, or court?

    ❏ Yes          ❏ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: _____

9.    **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes    ☐ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____

    (3) Docket number, case number, or opinion number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal: _____

10.    **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☒ Yes    ☐ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☒ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes                    ☐ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes                    ☐ No

If "Yes," provide:

(a) Date you were taken into immigration custody:

(b) Date of the removal or reinstatement order:

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes                    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Date of filing: _April 2016_

(2) Case number: _1:13-CR-00136-TWT_

(3) Result: _Denied_

(4) Date of result: _Nov. 2016_

(5) Issues raised: _2000-2001 Trafficking charge used as a predicate offense does not qualify as a serious drug offense. Pled guilty to a charge of "Possession" of over 28 grams."_

(d)     Did you appeal the decision to the United States Court of Appeals?

☐ Yes                    ☐ No

If "Yes," provide:

(1) Name of court:

(2) Date of filing:

(3) Case number:

(4) Result:

(5) Date of result:

(6) Issues raised:

12.     **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes                    ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application:

(b) Name of the authority, agency, or court:

(c) Date of filing:

(d) Docket number, case number, or opinion number:

(e) Result:

(f) Date of result:

(g) Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** My 2001 Conviction of "Possession of 28 grams or More" Should Not Qualify As A Career offender Predicate, According To Georgia State Law. Because I pled Guilty To Possessing More Than 28 grams & Nothing More It's Clear That This Prior Conviction falls outside A serious Controlled Substance offense

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: States Guidelines & Statutes Must Meet OR Excede Federal Statutes For Like Crimes. Possession of Methamphetamine Is Not A Serious Drug offense under Federal or Georgia Statutes.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes          ☐ No

**GROUND TWO:** Tying Punishment To Drug Quantities Means Non-Violent, Low Level Drug users Have Gotten Disproportionately Long Sentences.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: Thousands of Low Level offenders (Drug) Have Gotten Relief over The Past few years Due To The Numerous District & Supreme Court Rulings.

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes          ☐ No

**GROUND THREE:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes          ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes                ☐ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15.  State exactly what you want the court to do: I AM ASKING THE COURT TO LOOK INTO MY CAREER OFFENDER STATUS. THE "POSSESSION OF 28 GRAMS OR MORE" SPECIFICALLY. THE GUIDELINE CALCULATIONS WOULD BE SIGNIFICANTLY LOWER WITH THE PREDICATE BEING USED ACCORDINGLY AS A "DRUG OFFENSE" & NOT A "SERIOUS DRUG OFFENSE.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 10-8-20

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any