UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

| | | |
|---|---|---|
| JASON SMITH, | ) | |
| Petitioner, | ) ) ) | Civil No. 7: 20-133-WOB |
| V. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | **JUDGMENT** |
| Respondent. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Petitioner Jason Smith's petition for a writ of habeas corpus [R. 1] is **DENIED WITHOUT PREJUDICE**;

2. This action is **DISMISSED** and **STRICKEN** from the Court's active docket; and

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 2nd day of November, 2020.



Signed By:
*William O. Bertelsman* WOB
United States District Judge